IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **SHERI SPEER,**<br><br>**Plaintiff,**<br><br>v.<br><br>**TRANS UNION, LLC; FAY SERVICING, LLC; RUSHMORE LOAN MANAGEMENT SERVICES LLC; and RUSHMORE SERVICING,**<br><br>**Defendants.** | **Civil Action No.:** |

### TRANS UNION, LLC'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC ("TransUnion"), hereby removes the subject action from the State of Connecticut Superior Court of New London to the United States District Court for the District of Connecticut (New Haven) on the following grounds:

1. Plaintiff Sheri Speer served Trans Union on or about November 2, 2023, with a Summons and Complaint filed in the State of Connecticut Superior Court of New London. Copies of the Summons and Complaint are attached hereto, as **Exhibit A** and **Exhibit B**, respectively. No other process, pleadings or orders have been served on Trans Union.

2. Attached hereto as **Exhibit C** is a copy of Trans Union, LLC's Notice of Filing Notice of Removal with the United States District Court to be filed in the State of Connecticut Superior Court of New London.

3. Plaintiff makes claims under, alleges that TransUnion violated and alleges that Trans Union is liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA").

1

See Complaint ¶¶ 3 -10.

4. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FCRA which thus supplies this federal question.

5. As of the date of this Notice of Removal, co-Defendants Fay Servicing, LLC; Rushmore Loan Management Services LLC; and Rushmore Servicing have been served. Counsel for Trans Union has contacted counsel and/or corporate representatives for these Defendants, who have consented to this removal as evidenced by the consents attached hereto as **Exhibit D** and **Exhibit E**, respectively.

6. Pursuant to 28 U.S.C. § 1441, et seq., this cause may be removed from the State of Connecticut Superior Court of New London to the United States District Court for the District of Connecticut (New Haven).

7. Notice of this removal will promptly be filed with the Connecticut Superior Court of New London and served upon all adverse parties.

WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action from the Connecticut Superior Court of New London to the United States District Court for the District of Connecticut (New Haven).

Dated:  December 1, 2023                                   Respectfully submitted,

/s/ *Jonathan D. Janow*
Jonathan D. Janow (CT Bar No. 429209)
**BUCHANAN INGERSOLL & ROONEY PC**
1700 K Street, NW, Suite 300
Washington, DC 20006
Tel:    (202) 452-6057
Fax:    (202) 452-7989
Email: jonathan.janow@bipc.com

4860-2571-1763, v. 1

3

*Counsel for Defendant Trans Union, LLC*

4860-2571-1763, v. 1

## CERTIFICATE OF SERVICE

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, and/or e-mail on this 1st day of December, 2023, properly addressed as follows:

| **Pro Se Plaintiff**<br>Sheri Speer<br>151 Talman Street<br>Norwich, CT  06360 | |
|---|---|

/s/ *Jonathan D. Janow*
Jonathan D. Janow (CT Bar No. 429209)
**BUCHANAN INGERSOLL & ROONEY PC**
1700 K Street, NW, Suite 300
Washington, DC 20006
Tel:     (202) 452-6057
Fax:    (202) 452-7989
Email: jonathan.janow@bipc.com

*Counsel for Defendant Trans Union, LLC*