**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| SHERI SPEER | ) | CIVIL ACTION NO.: |
| | ) | 3:23-cv-01573-JAM |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TRANS UNION, LLC; FAY SERVICING LLC; RUSHMORE LOAN MANAGEMENT SERVICES, LLC; and RUSHMORE SERVICING, | ) ) ) ) ) ) | |
| Defendants. | ) | January 16, 2024 |

## DEFENDANTS' DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P.7.1, Rushmore Servicing and Rushmore Loan Management Services, LLC (the "Defendants") hereby respectfully submits its corporate disclosure statement:

Rushmore Loan Management Services LLC ("Rushmore") is a Delaware Limited Liability Company.

Rushmore is an indirect, wholly owned subsidiary of a publicly traded company, Mr. Cooper Group Inc. ("Mr. Cooper"), a Delaware corporation.

Rushmore is directly owned by two entities: (1) Sub1 DE LLC ("Sub1 DE") (99%) and (2) Sub2 DE LLC ("Sub2 DE") (1%).  Both Sub1 DE and Sub2 DE are Delaware limited liability companies.

Both Sub1 DE and Sub2 DE are directly owned by Nationstar Mortgage LLC ("Nationstar"), a Delaware limited liability Company.

Nationstar is directly owned by two entities: (1) Nationstar Sub1 LLC ("Sub1") (99%) and (2) Nationstar Sub2 LLC ("Sub2") (1%). Both Sub1 and Sub2 are Delaware limited liability companies. Sub1 and Sub2 are both 100% owned by Nationstar Mortgage Holdings Inc. ("NSM Holdings"). NSM Holdings is a wholly owned subsidiary of Mr. Cooper.

More than 10% of the stock of Mr. Cooper is owned by (a) Blackrock, Inc., a Delaware corporation, and certain of its affiliates and (b) The Vanguard Group, Inc., a Pennsylvania corporation, and certain of its affiliates.

DEFENDANTS

By: //s//Jeffrey M. Knickerbocker
Jeffrey M. Knickerbocker
Brock & Scott, P.L.L.C.
Its Attorneys
270 Farmington Ave, Ste 151
Farmington, CT  06032
Phone 844-856-6646
Juris No.: ct23771

## CERTIFICATE OF SERVICE

      I hereby certify that on January 16, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronics Filing.

SHERI SPEER
151 TALMAN STREET
NORWICH, CT 06360

                                                          Jeffrey M. Knickerbocker
                                                          Attorney for the Defendant