IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **SHERI SPEER,**<br><br>**Plaintiff,**<br><br>v.<br><br>**TRANS UNION, LLC,** *et al.*,<br><br>**Defendants.** | Civil Action No.: 3:23-cv-01573-JAM |

## NOTICE OF SETTLEMENT

Plaintiff Sheri Speer and Defendant Trans Union, LLC ("Trans Union") by and through their undersigned counsel, respectfully advise the Court that Plaintiff and Trans Union have reached a settlement agreement in the above-captioned case. At present, Plaintiff and Trans Union are finalizing and executing the settlement and dismissal documents, which should be completed within 45 days. Upon execution and completion of the settlement, Plaintiff will file the appropriate dismissal documents with the Court.

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

| | |
|---|---|
| */s/ Sheri Speer*<br>Sheri Speer<br>151 Talman Street<br>Norwich, CT 06360<br>(860) 213-2836<br><br>*Pro Se* Plaintiff | By: /s/ *Jonathan D. Janow*<br>   Jonathan D. Janow (ct31092)<br>   1700 K Street, NW, Suite 300<br>   Washington, DC 20006<br>   Tel: (202) 452-6057<br>   Fax: (202) 452-7989<br>   jonathan.janow@bipc.com<br><br>   *Counsel for Defendant Trans Union, LLC* |

Dated: October 1, 2024

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 1st day of October, I caused a copy of the foregoing Notice of Settlement to be electronically filed with the Clerk via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing systems. Parties may access the filing through the Court's CM/ECF System.

                By: /s/ *Jonathan D. Janow*
                   Jonathan D. Janow